IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY JuQAN D. MUHUMMAD**                                **PLAINTIFF**
**ADC #257034**

v.                        **CASE NO: 4:21-cv-00162-JM-JJV**

**LOVELACE**, *et al*.                                                    **DEFENDANTS**

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendants Higgins, Johnson, Bulter, Rose, and the Doe Defendants are dismissed without prejudice for failure to state a claim on which relief may be granted.

2. Defendants Higgins, Johnson, Bulter, Rose, and the Doe Defendants are dismissed from this action.

3. Plaintiff's claims regarding black mold and Covid-19 are dismissed without prejudice for failure to state a claim on which relief may be granted.

4. Plaintiff's official capacity claims against Defendant Lovelace are dismissed without prejudice for failure to state a claim on which relief may be granted. His personal capacity claims against Defendant Loveless will be allowed to proceed.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 15th day of April 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE