IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **WILLIE MURRY JuQAN D. MUHUMMAD**<br>**ADC #257034** | **PLAINTIFF** |
| v. | **CASE NO: 4:21-cv-00162-JM-JJV** |
| **LOVELACE**, *et al.* | **DEFENDANTS** |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Muhummad's timely filed objections and making a *de novo* review of the record, the Court is going to treat Plaintiff's recent filings, Doc. Nos. 28-31, collectively as both objection to the Recommended Disposition and as a response to Defendant's motion for summary judgment on the issue of exhaustion (Doc. No. 24). Defendant has until August 17, 2021 to file a reply to Plaintiff's response.

The Court will decline to adopt the Recommended Disposition (Doc. No. 27) and remand the case back to Judge Volpe for reconsideration of the motion for summary judgment once Defendant has filed his reply.

Dated this 10th day of August, 2021.

                                                                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE