IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY JuQAN D. MUHUMMAD**                              **PLAINTIFF**
**ADC #257034**

v.                              **CASE NO: 4:21-cv-00162-JM-JJV**

**LOVELACE,** *et al.*                              **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Lovelace's Motion for Summary Judgment (Doc. No. 24) is DENIED.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 9th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE