# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIE MURRY JuQAN D. MUHUMMAD**                              **PLAINTIFF**
**#257034**

v.                                  4:21-cv-00162-JM-JJV

**BOBBY LOVELACE, Transport COI,**
**PCRDF**                                                                          **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition, filed by United States Magistrate Judge Joe J. Volpe, for the dismissal of Mr. Muhummad's claims against Defendant Bobby Lovelace. Mr. Muhummad has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the recommendation in all respects.

IT IS THEREFORE ORDERED that:

Defendant Lovelace's Motion for Summary Judgment (Doc. No. 42) is GRANTED. Mr. Muhummad's claims against Defendant Lovelace are DISMISSED with prejudice. This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE