IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY JuQAN D. MUHUMMAD**  **PLAINTIFF**
**#257034**

v.                                    4:21-cv-00162-JM

**BOBBY LOVELACE, Transport COI,**
**PCRDF**                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, judgment is entered for Defendant Bobby Lovelace and this case is DISMISSED, with prejudice. All relief sought is denied, and the case is CLOSED. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE